USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A. ANURA RUPASINGHE,

                Plaintiff,

        v.

NANDASENA GOTABAYA RAJAPAKSE;
MICHAEL R. POMPAE, *Secretary of State*;
and UNITED STATES DEPARTMENT OF
STATE,

                Defendants.

19-CV-10391 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff filed a complaint with this Court on November 8, 2019 and a summons was issued for each Defendant that day. Plaintiff, however, does not appear to have served the Complaint or summons on Defendants. It is hereby:

ORDERED that Plaintiff submit a letter to the Court by April 24, 2020 explaining why he failed to serve the summons and Complaint on Defendants within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendants have been served, explaining when and in what manner such service was made.

IT IS FURTHER ORDERED that if the Court does not receive a letter by April 24, 2020 showing good cause why such service was not made within the 90 days, the claims against Defendants will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 19, 2020
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge